G. Hopkins Guy, III (SBN 124811)
Hop.guy@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Phone: 650-739-7500
Fax: 650-739-7699

*Attorney for Defendants*
*DISH Technologies L.L.C. and Sling TV L.L.C.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MG FREESITES LTD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DISH TECHNOLOGIES L.L.C and SLING TV L.L.C.,<br><br>　　　　Defendants. | Case No.: 3:23-cv-03674-EMC<br><br>**DECLARATION OF G. HOPKINS GUY, III IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO DISH'S OPPOSITION TO MG FREESITES LTD'S MOTION TO AMEND THE CASE CAPTION OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS**<br><br>Hearing:　December 4, 2023<br>Time:　　9:00 a.m.<br>Judge:　　Hon. Edward M. Chen<br>Trial Date: None Set<br>Courtroom: 5, 17th Floor |

I, G. Hopkins Guy, III, do hereby declare and state as follows:

1. I am an active member of the State Bar of California in good standing and have practiced in this district since December 1986, Partner at the law firm Baker Botts L.L.P., and am counsel of record for Defendants, DISH Technologies L.L.C. and Sling TV L.L.C., in the above-captioned action. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto;

2. I make this declaration in support of Defendants' Request for Judicial Notice In Support of DISH's Opposition to MG Freesites Ltd's Motion to Amend the Case Caption or, in the Alternative, for Leave to File Second Amended Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of the Transcript of the Case Management Conference of this Case, held on November 16, 2023.

4. Attached hereto as Exhibit B is a true and correct copy of docket entry 167 in *Fleites v. MindGeek S.a.r.l.*, Case No. 2:21-cv-04920-CJC-ADS (C.D. Cal.), titled "Order Directing the MindGeek Defendants to Submit to Jurisdictional Discovery Until December 30, 2022, Granting Plaintiff Leave to Amend Her Complaint After Jurisdictional Discovery is Complete, and Denying the MindGeek Defendants' Motions to Dismiss Without Prejudice [Dkts. 135-137, 139-140] For Them to Renew After Plaintiff Has Filed a Second Amended Complaint."

I declare under penalty of perjury under the laws of the state of California that that foregoing is true and correct.

Executed this 30th day of November, 2023, at Palo Alto, California.

/s//G. Hopkins Guy, III
G. Hopkins Guy, III (SBN 124811)
Hop.guy@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007

Phone: 650-739-7500
Fax: 650-739-7699

*Attorney for Defendants*
*DISH TECHNOLOGIES L.L.C. AND SLING TV L.L.C.*