**VENABLE LLP**
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MG FREESITES LTD, <br><br>             Plaintiff, <br><br>     v. <br><br> DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C. <br><br>             Defendants. | Case No. 3:23-cv-03674-EMC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

-2-

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion for Leave to File Supplemental Authority. Having considered the Motion and Defendants' opposition thereto, the Motion is hereby GRANTED.

IT IS THEREFORE ORDERED THAT, Plaintiffs Aylo Freesites Ltd (f/k/a MG Freesites Ltd), Aylo Premium Ltd (f/k/a MG Premium Ltd), and Aylo Billing Limited (f/k/a MG Billing Limited) are granted leave to file the following recent decision by the Central District of California: *Entropic Communications, LLC v. DISH Network Corporation, et al.*, No. 2:23-cv-01043-JWH-KES, D.I. 269 (C.D. Cal. Jan. 10, 2024).

**IT IS SO ORDERED.**

Dated: February 5, 2024

EDWARD M. CHEN
United States District Judge