UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MG FREESITES LTD,

Plaintiff,

v.

DISH TECHNOLOGIES L.L.C., et al.,

Defendants.

Case No. 23-cv-03674-EMC

**JUDGMENT**

On January 24, 2024, the Court granted Defendants' Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendants and against plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 29, 2024

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California